**MISSIONTREK LTD. CO., Appellant,**

v.

**ONFOLIO, INC., Appellee.**

No. 2006–1271.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2006.

Before MAYER, BRYSON, and LINN, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.